UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETTY HOFFMAN, EDWARD HOFFMAN, DORIS MURRAY, JOSLYN DAY and KEISHA CHAVERS, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br>vs.<br><br>OPTION ONE MORTGAGE CORPORATION and H&R BLOCK MORTGAGE CORP. N/K/A OPTION ONE MORTGAGE SERVICES, INC.,<br><br>　　　Defendants. | C.A. NO.<br><br>07 C 4916<br><br><u>Hon. Elaine E. Bucklo</u> |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

All parties to this action, through their undersigned counsel, hereby stipulate and agree that this case be dismissed without prejudice, with all parties bearing their respective costs and attorney's fees.

DATED: July 9, 2009.

Respectfully submitted,
On behalf of the Plaintiffs,

By: /s Andrew S. Friedman
One of their attorneys

Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Phone: (602) 274-1100

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
AND THE SOCIAL JUSTICE PROJECT, INC.
208 S. LaSalle Street, Suite #1650
Chicago, IL 60604
Phone (312) 345-1004

Gary Klein
Shennan Kavanagh
Kevin Costello
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111
Phone: (617) 357-5500

Marvin A. Miller
Matthew E. VanTine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Samuel H. Rudman
Robert M. Rothman
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

Attorneys for Plaintiffs

1

By:  /s Richard E. Gottlieb
Richard E. Gottlieb
Renee L. Zipprich
Dykema Gossett PLLC
10 South Wacker Road, Suite 2300
Chicago, IL 60606

Attorneys for Defendants

2